IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:08-00011 |
| ) | Judge Trauger |
| CHARLES E. RICE ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Suppress the Fruits of the Search of Defendant Rice's Residence filed by the defendant, Charles E. Rice, is hereby **GRANTED**.

It is so Ordered.

Entered this 7th day of May 2009.

_____
ALETA A. TRAUGER
United States District Judge